UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>               Plaintiff,<br><br>  vs.<br><br>GREGORY JOHNSON, LARRY STEINMETZ, WILLIAM GRANT, HAL WILSON, and RYAN GOLDEN,<br><br>               Defendants. | NO.  CV-09-0165-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTIONS** |

    Magistrate Judge Hutton filed a Report and Recommendation on July 20, 2009 (Ct. Rec. 26), recommending that Plaintiff Michael Howard Hunter's various motions for appointment of counsel, injunctive relief, and copies (Ct. Recs. 2, 6, 8, 9, & 15) be denied.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The Motions are **DENIED.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

    **DATED** this___14th_____day of August 2009.


                                     s/ Edward F. Shea
                                      EDWARD F. SHEA
                             UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv165jph-8-12-adpRRdenmtns.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTIONS -- 1