UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| MICHAEL HOWARD HUNTER, | |
|---|---|
| Plaintiff, | NO. CV-09-165-JPH |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT AND FOR TEMPORARY RESTRAINING ORDER |
| GREGORY JOHNSON, LARRY STEINMETZ, WILLIAM GRANT, HAL WILSON, and RYAN GOLDEN, | |
| Defendants. | |

Magistrate Judge Hutton filed a Report and Recommendation on August 12, 2009 (Ct. Rec. 38), recommending Mr. Hunter's "Motion for Leave to File Supplemental Complaint" (Ct. Rec. 19) and "Motion for Issuance of Temporary Restraining Order and for Hearing to Decide to Issue Preliminary Injunction and Issue Writ for Petitioner's Production" (Ct. Rec. 28) be denied. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Motions are **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this    10th    day of September 2009.

                     s/Edward F. Shea
                      EDWARD F. SHEA
            UNITED STATES DISTRICT JUDGE
Q:\Civil\2009\165.DA.R&R.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTIONS -- 1