UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>            Plaintiff,<br><br>  vs.<br><br>GREGORY JOHNSON, LARRY STEINMETZ, WILLIAM GRANT, HAL WILSON, and RYAN GOLDEN,<br><br>            Defendants. | NO. CV-09-165-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION FOR FAILURE TO PAY FILING FEE, AND DENYING ALL PENDING MOTIONS** |

      On December 2, 2009, Magistrate Judge Hutton filed a Report and Recommendation to dismiss this action based on Plaintiff's failure to pay the filing fee on or before November 30, 2009. A copy of the Report and Recommendation was returned to the Court on December 10, 2009, and re-mailed to Plaintiff at a residential address in Spokane, Washington, the same day.

      Although Plaintiff has submitted various motions and "briefs" seeking leave to file a third supplemental complaint, he has not resolved the matter of the filing fee. His only argument is that application of 28 U.S.C. § 1915(g) is unconstitutional. Again, this argument is foreclosed by *Rodriguez v. Cook*, 169 F.3d 1176, 1178-81 (9th Cir. 1999).

REPORT AND RECOMMENDATION TO DISMISS ACTION -- 1

For the reasons set forth in prior Orders and Reports and Recommendations in this action, **IT IS ORDERED** the Report and Recommendation **(Ct. Rec. 54)** is **ADOPTED in its entirety** and this action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. §§ 1914 and 1915.

**IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.** The District Court Executive shall enter this Order, enter judgment and forward copies to Plaintiff. The Court finds any appeal of this decision would not be taken in good faith.

**DATED** this  5th  day of January 2010.


                         s/Edward F, Shea
                         EDWARD F. SHEA
                   UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv165jph-12-30-ADPdisff.wpd

REPORT AND RECOMMENDATION TO DISMISS ACTION -- 2