AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MICHAEL HOWARD HUNTER,

Plaintiff,

v.

GREGORY JOHNSON, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-165-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation (Court Record 54) is ADOPTED in its entirety and this action is DISMISSED for failure to pay the filing fee as required by 28 U.S.C. Sections 1914 and 1915.  IT IS FURTHER ORDERED that all pending motions are DENIED as moot.

January 5, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White